IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LORETTA SCHUMACHER,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　*Defendants*. | Civil Action No. 3:10cv810 |

**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Capital One Bank (USA), N.A., improperly identified in the Complaint as Capital One Bank, Inc., makes the following disclosure:  Capital One Financial Corporation is the parent corporation of Capital One Bank (USA), N.A.  Capital One Bank (USA), N.A. is a national banking association organized under federal law.  The common stock of Capital One Financial Corporation is publicly traded. Capital One Financial Corporation is the only entity that is publicly held.  There are no other publicly-held companies owning 10% or more of Capital One Bank (USA), N.A.

December 13, 2010　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　CAPITAL ONE BANK (USA), N.A.

　　　　　　　　　　　　　　　　　By Counsel



　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Bryan A. Fratkin (VSB# 38933)

Evan Miller (VSB# 77084)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219
Tel:  (804) 775-1000
Fax:  (804) 775-1061
Email:  bfratkin@mcguirewoods.com
Email:  emiller@mcguirewoods.com

*Counsel for Defendant Capital One Bank (USA), N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2010, a true copy of the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of such filing to:

Leonard A. Bennett (VSB# 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Tel: (757) 930-3660
Fax: (757) 930-3662

*Counsel for Plaintiff*


/s/
Bryan A. Fratkin (VSB# 38933)
Evan Miller (VSB# 77084)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219
Tel:  (804) 775-1000
Fax:  (804) 775-1061
Email:  bfratkin@mcguirewoods.com
Email:  emiller@mcguirewoods.com

*Counsel for Defendant Capital One Bank (USA), N.A.*